■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HERBIE LAMARRE, Appellant. [628 NYS2d 491] —Appeal by the defendant from a judgment of the County Court, Rockland County (Kelly, J.), rendered May 2, 1990, convicting him of rape in the second degree, sexual abuse in the second degree, sexual abuse in the third degree and endangering the welfare of a child (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence *(see,* CPL 470.15 [5]).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Mangano, P. J., Sullivan, Thompson and Hart, JJ., concur.